No. 01–691.  STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. LAMBRIGHT.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 01–769.  DONNELLY, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY v. RAHEEM.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 01–695.  IRWIN MORTGAGE CORP. v. CULPEPPER ET AL.  C. A. 11th Cir.  Motion of Mortgage Bankers Association of America et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 01–699.  HARRIS v. COCA-COLA BOTTLING COMPANY CONSOLIDATED.  C. A. 4th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–745.  SULLIVAN v. RAYTHEON CO. ET AL.  C. A. 1st Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–1931.  CORDERO v. MINETA, SECRETARY OF TRANSPORTATION, *ante*, p. 827;

No. 00–10622.  LAW v. UNITED STATES, *ante*, p. 1018;

No. 01–5408.  MINIX ET AL. v. TRI CITIES HEALTH SERVICES CORP., DBA COLUMBIA RIVER PARK HOSPITAL, FKA HCA RIVER PARK HOSPITAL, ET AL., *ante*, p. 921; and

No. 01–5817.  WILLIAMS v. UNITED INSURANCE COMPANY OF AMERICA ET AL., *ante*, p. 1023.  Petitions for rehearing denied.

No. 01–191.  IANNACCONE v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 894.  Motion of petitioner for production of records denied.  Petition for rehearing denied.

JANUARY 23, 2002

No. 01A529 (01–7804).  KING v. FLORIDA.  Sup. Ct. Fla.  Application for stay of execution of sentence of death, presented to